UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARA L. F.,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 25-cv-05529-JHC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the Court on Plaintiff's application to proceed *in forma pauperis* (IFP). Dkt. # 1. After consideration of the application, the balance of the record, and the governing law, the Court ORDERS:

(1) Plaintiff's application to proceed IFP (Dkt. # 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $405.00 filing fee.

(2) Procedures in this case are governed by the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) to the Federal Rules of Civil Procedure and by Amended General Order 05-15 Re: Social Security Cases. As detailed in Amended General Order 05-15, no later than seven (7) days following the Court's notification to the Commissioner of the commencement of the action, Plaintiff shall provide the United States Attorney's Office

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

for the Western District of Washington with Plaintiff's full name and social security number either by email to USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk Civil Division" at 700 Stewart Street, Suite 5220, Seattle, WA 98101.

Dated this 18th day of June, 2025.

*John H. Chun*
John H. Chun
United States District Judge