**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON IN TACOMA**

| | |
|---|---|
| CARA L. F.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **Case No. 3:25-cv-05529-JHC**<br><br>**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |

Based upon Plaintiff's Unopposed Motion for an Extension of Time, Dkt. # 10, it is hereby ORDERED that Plaintiff shall have an extension up to and including **October 3, 2025** to file PLAINTIFF'S Opening Brief.

IT IS SO ORDERED.

DATED this 27th day of August, 2025.

John H. Chun
United States District Judge