**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA**

CARA L. FREEMAN,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**Case No. 3:25-cv-05529-JHC**

**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

Before for Court is Plaintiff's motion for attorney fees. Dkt. # 19. It is mainly unopposed. Dkt. # 21. It is hereby ORDERED that fees in the amount of $9,210.72 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney and paralegal fees in the amount of $9,210.72 shall be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt that qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office.

DATED this 25th day of August, 2026.

John H. Chun

John H. Chun
United States District Judge